IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROSELA B. BAKER,

    Plaintiff,

  v.

JOHN M. MATOUSEK
AND ALMONDO BAKER,,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-417-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                          5/31/2018

Peter Oppeneer, Clerk of Court          Date